IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-4-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| KENTON ALAN SHAULL, | |
| Defendant. | |

The United States has filed an Unopposed Motion for a Preliminary Order of Forfeiture. (Doc. 27.) Defendant Kenton Alan Shaull appeared before the Court on April 14, 2023, and entered a plea of guilty to the Superseding Indictment. Shaull's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2428(a). Accordingly,

IT IS ORDERED that the motion (Doc. 27) is GRANTED.

IT IS FURTHER ORDERED that Shaull's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2428(a):

- iPhone 7 model A1660, serial number DX3CG0YZHG71;
- A Lexar USB Drive, serial number LJDTT8GB-000-117AH;

1

- USB Drive, serial number 354012079210933;

- Western Digital Hard Drive, serial number WX61A557XTVA;

- USB Drive, serial number LOT00815E0301;

- White Samsung phone, serial number 359858044436382, and associated Ifly thumb drive;

- Toshiba Laptop, serial number IE026622Q;

- Verizon Tablet, serial number 354012079210933; and

- 3 Verizon SIM cards: (1) Verizon SIM Card with serial number 89148000002332795563; (2) Verizon SIM Card with serial number 89147000002384125917; and (3) Verizon Nano Sim Card with serial number 89148000005469740849.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, the United States Marshals Service, or a designated sub-custodian shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose

of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this Order shall become final as to Shaull at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this 24th day of April, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

3