IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-4-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| KENTON ALAN SHAULL, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 33.) Having reviewed that motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 2428(a).

2. A preliminary order of forfeiture was entered on April 24, 2023. (Doc. 29.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 30.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 2428(a).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 33) is GRANTED.

1

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 2428(a), free from the claims of any other party, the following property:

- iPhone 7 model A1660, serial number DX3CGOYZHG71;
- A Lexar USB Drive, serial number LJDTT8GB-000-117AH;
- USB Drive, serial number 354012079210933;
- Western Digital Hard Drive, serial number WX61A557XTVA;
- USB Drive, serial number LOT00815E0301;
- White Samsung phone, serial number 359858044436382, and associated Ifly thumb drive;
- Toshiba Laptop, serial number IE026622Q;
- Verizon Tablet, serial number 354012079210933; and
- 3 Verizon SIM cards: (1) Verizon SIM Card with serial number 89148000002332795563; (2) Verizon SIM Card with serial number 89147000002384125917; and (3) Verizon Nano Sim Card with serial number 89148000005469740849.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 5th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court

2